435 A.2d 1317

Commonwealth v. Jackson a/k/a Ray, Appellant.
Petition for Allowance of Appeal Denied Nov. 9, 1981.

Submitted November 14, 1980. Donald R. Calaiaro, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.